FILED

## US DISTRICT COURT OF NORTHERN DISTRICT INDIANA

19 MAY 20 PM 12: 30

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| SANDRA BLACK, | ) | CASE NO: **1:19CV222** |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | COMPLAINT |
| | ) | <u>Jury Trial Requested</u> |
| NAOMI FRIEDRICHSEN | ) | |
| ERIKA HOLIDAY (LIDDICK) | ) | |
| HUNTERS RUN APARTMENTS AND OWNERS | ) | |
| INTERSTATE REALTY MANAGEMENT CO | ) | |
| MORRIS KELSEY | ) | |
| Defendants, | ) | |

**<u>WRONGUL EVCICTION, MALICIOUS ABUSE OF PROCESS, HARASSMENT, AND DEFAMATION OF CHARACTER (LIBEL):   UPON SUCCESSFUL JUDGEMENT A SPECIAL DAMAGES CONSIDERATION AND HARSH PUNISHMENT REWARD FOR ILLEGAL USE OF (EMBEDDED LAW) A TERM AND SOCIAL PROCESS USED TO DENY BLACK CITIZENS THEIR CONSTITUTIONAL RIGHT TO EQUAL ACCESS BY AN INDIVIDUAL(S)</u>**

### I. The Parties to This Complaint

A.     **The Plaintiff, Pro Se'**

Sandra A. Black

1408 South Maple Street, Apt. 102

Marion, Indiana 46953

B.     **The Defendants**

**Defendant No 1, 2, 3, 4, and 5**

      Naomi Friedrichsen

      Erika Holiday

      Hunters Run Apt. and owners ALL at the below address

      717 E. Hunters Run Apt

      Marion, Indiana 46953

      Grant County                                       (765) 677-1701

Defendant No. 6

      Interstate Reality Management Co

      3 East Stow Road, Suite 100

      Marlton, NJ 08053-0994

Defendant 7

      Morris Kelsay

      514 South Adams Street

      Marion, Indiana 46953                        (765) 662-3816

## II  Jurisdiction Statement

1. The litigant Interstate Realty Company headquarters is located in New Jersey

2. Special Jury consideration to determine if such a term EMBEDDED LAW exists by the actions of the people that use actual laws of American history creating current day use of this law fully functioning for white individuals to use this privilege to deprive blacks of their 14th amendment rights. Jury consideration for a punishment to detour the use of Embedded law to destroy lives of this "UNIQUE" minority group of America.

3. The amount of relief sought exceeds 75,000.00 dollars.

## III  Statement of Complaint

    A. All violations took place in Marion, Indiana

    B. All violations took place between 2015 to September 2017

  C. Defendant Naomi Friedrichsen and Erika Holiday began working on termination of my lease the first week of my arrival to the apartment. I leased the apartment on or about November 23, 2015, but did not move in immediately. They continued this process of harassment and seeking an avenue to force me out of my home regularly with bogus write ups, harsh yelling and degrading language, letters of threat that I could get out or final notices for bogus complaints, even in court FALSE written second complaints were made up and submitted for court that never existed. Police were called and told that I was belligerent and threatening during a serving of the demand to Cease and Desist, also perjured testimony in court. However, the judge stated that I only delivered my documents with no belligerence cited after viewing the video. They also presented a tenant to testify without doubt the testimony is false (unbelievable), but taken to court as evidence. This and other harmful acts may have been placed on my person. I have lived my entire life as a model tenant, NEVER LATE paying rent, always keeping the rental in good to excellent order, no traffic, no major violations of the lease such as crime, noise, angry neighbors… I pride myself in being a tenant of excellence, proven in court. Throughout the leasing of my apartment I was guilt free, unprovoked behavior by myself up until the defendant forced a wrongful eviction process on me beginning on April 19, 2017 with a letter to vacate and proceeded to the eviction process filed May 24, 2017, Case No. 27D03-1705-SC-000517 resulting in denial of the motion for possession on June 14, 2017 with damaging false remarks about my person comparing me to advertisements like the KKK and being a racist against my landlord by the judge. Never did I say one racist word or act against anyone, or deprive anyone of their right over color. This statement is recorded by the judge in a public arena at mycourt.gov. I have had to explain why I am being compared with the KKK and may have to in the future. That very same day June 14, 2017 resulted in continued harassment in writing regarding a functioning blind with no noticeable damage from the street had to be removed as a violation of the lease. Final harassments included a required inspection where I believe bed bugs were introduced into my home, a routine maintenance visit regarding electrical issues in the back of the home resulting in my AC being switched off at the utility closet in the front of the home by a second maintenance man. It was not discovered over a week in hot weather we suffered out of dread to report the unit not working. I was forced into negotiation to give up my home to add my displaced son to the lease, after ending up in critical care in the hospital with an A1 of 800+ both the attorney and landlord were nonnegotiable about allowing time for healing though they did agree not to throw my things in the street if I signed to be out while ill within days. This was a life threatening illness that I believe was brought on by the stress of the case.

After talking with several black tenants who underwent this exact same process, I realized that the majority of blacks who are given tenancy are targeted for removal. I also based it on conversations with Erika Holiday. Their mindset is that by law applicants must not be discriminated against (turned away), thus approval getting in is normal, but black tenants can be discriminated against from the way they are treated to the way they are harassed into forced removal. Through all the harassment for no cause and attempting a false eviction the Civil Rights Commission claimed it found no grounds for racism. This finding falls under

"EMBEDDED LAW" concept, an illegal way of stripping blacks of their 14th constitutional rights to be equal and have equal access.

Also negligent are both **the Hunter Run owners** (past and present) and **Interstate Realty Management** who either sanctioned the behavior or failed to be responsible for their manager's actions and mistreatment of tenants, knowing that tenants are living in the homes and that the managers are making all decisions that affect the day to day lives of the tenants. There is no tenant survey or contact information anywhere for these people who are responsible for the actions of their manager. A District office was contacted twice in the very beginning, Tracie Clemenz, Regional Property Manager, Detroit District office who clearly would support and back Naomi. While she did help get a two month long AC issue fixed in 24 hours. She insisted that Naomi was not out to get me though she was trying to put me out for no reason. She claimed it was only exhaustion and that Naomi was not like that. It was evident then. Also, two months to repair AC is now realized as an attempt to force me out. Because the judge made an attempt to cover it up in the judgment order that it was only a few weeks and again later to reduce the neglectful act of two months forced without a properly working unit confirmed in writing by the landlord. Also in writing, it was stated that for two months being required to MANUALLY switch the AC on and off was a "SLIGHT" inconvenience for me.

Furthermore, Attorney Morris Kelsay began proceedings with the defendant knowing he had been given absolutely no evidence of wrong doing on my part. He is known to tell clients that he golfs with the judge and that evidence doesn't matter. I have a witness with a criminal case where police had evidence and he used his influence with the judge to have the case dismissed. He also was sent a CEASE and DESIST after filing the case with proof that the landlord was bogus and maliciously trying to evict me. The landlord was served prior to filing the case and filed in retaliation of that letter. I gave a response to the court and the attorney refused to answer my response though I asked for discovery in court. Because of his connection with the judge, his prior knowledge that the judge was disgruntle and biased against me from TWO PREVIOUS court actions, and my having no capability financially to retain a lawyer all coupled together with lying witnesses would be unstoppable. During the trial the judge was solely on their side, trying to find as much evidence as possible that would show the defendants had good faith in bringing the proceeding. He had absolutely no concern or questions to understand why the defendants brought a frivolous case. I was maliciously set up to defend myself against a judge, a lawyer, and a corporation. Had I not had the legal skill to subpoena professional witnesses who knew how my home was actually ran I would of beyond a shadow of a doubt lost my case as was expected. Section 8 must terminate my lease if I move anyone into the unit that was not on the lease, they did not terminate my lease and the landlord knew this prior to proceeding to wrongfully evict me  In the Summary Judgment Order the perjury presented to court was so bad that the judge adds a support statement for the attorney stating that he didn't intentionally commit an act of wrongful (false) testimony (perjury).

IV. Injuries

1. The greatest injury comes through Embedded law the power of an individual to take away your 14th amendment right to your home and thus instill the fact that you're a second class citizen void of equal rights and by birth inferior to deserve a right to equal housing. All litigants practiced Embedded law to enable indirectly or directly take my right to my home.

2. After it was discovered that Naomi was out to take my home. My family lived in horror of absolutely no slip ups. I had to solely take the dog out no matter if I was sleeping (no one could be substituted) so that I personally knew for FACT no violations occurred with the dog. I had to run my daughter off when she would fall asleep to be perfect on my side. I loved my home and had placed all new beds in it and decorated it just perfectly to my taste. Every day was lived walking on eggshells and watching every breath taken. This behavior that I was FORCED to live contributed to my adult children turning to drugs. Though I was perfect and more at ease with the strict discipline, they were consistently begging me to give up my home and let them win. I watched my children's lives turn for the worst because of this treatment. There was constant bickering over my insistence to live in our home perfectly, not comfortably until I could get tenure. My daughter's testimony was almost negative against me saying that I should have given up the home when I saw how much they hated me on the witness stand and that I was too strict in keeping my home perfect. She felt I chose the home over her life. Later my son did also and they because bitterly depressed over it all. My children are not the same children before we moved in to Hunters Run and got only worse till this very day.

3. I am no longer capable of the neat perfect home that I kept at Hunters Run. No decorations, we lost the huge Flat screen TV in the move. Nearly two years later, nothing is as we had it before the forced move. The beds have broken parts from the move; we now sleep on mattresses instead of beds. Impoverished people can't replace costly items.

4. Being harassed, defamed, yelled at and treated like a child for nearly two years makes it so you can never be the same person and forever the fear of being a great black person is frowned up on even though I KNOW in my mind there's no threat from this landlord, but my heart can't overcome. I now have a normal landlord. It's just so difficult to hang the pictures as before. It's like Hunters Run will resurrect so all my pictures lie around in closets and cabinets. I do have anxiety. My current landlord told me that since I was disabled to check and see if I qualified for a service dog so I wouldn't have to pay rent for the dog. My ex landlord tried to put me out because of my dog day one. No day goes by without the pain of how for no reason, cruel, inhumane treatment can be used against another human being to force them from their home and nothing can be done to stop this process.

5. My grandson, was also grossly impacted by all the horrible lies and our need to record and document everything. We literally watched our apartment complex run off all black people, but a few. We all suffered mentally till this very day and I suffered both mentally and physically till this very day.

6. Embedded law produces multiple continuous gross accumulated injury not only affecting the individual, but both families and generations. Consideration of damages requested for relief of such said injuries.

## V. Relief Request Statement

Naomi Friedrichsen is the main culprit. I would like to grant offers in exchange for detrimental testimony and evidence from either owners of Hunters Run, the Management, or Erika who all KNOW to some varying degree that Naomi runs double sided treatment, whites get "friendly reminders", blacks get "you're in violation of your lease" first offense. I watched Erika hold up the two types of notices in secret asking which to give me and a quick snap of the paper with a turned up lip choice from Naomi. The black and the Chinese gets bed bugs planted in their apartments while the white tenants have no bed bugs planted in their homes living in between us. Erika, knows. In exchange for honesty I will drop my case against those who are less guilty by enabling Naomi. This will help the Jury see how detrimental devastating my claim is so that others like Naomi will think twice before intentionally harming innocent blacks using embedded law.

I am asking the value that has been granted for the loss of one life. My family lives depressed and on the edge of losing their lives. This is a constant treatment a way of our lives that shouldn't be. I am a party in the class action lawsuit to the Chicago Water Department same situation Embedded law took my job. Embedded law took my mother. Finally, Embedded law took my home and became the act that pushed our family to the brink of death. For punishment to teach individuals a lesson about using Embedded law I am taking my request from 100 million down to 10 million as that amount has been awarded in the past for one wrongful death. Here, I am asking for damages plus a harsh punishment that says to our nation enough is enough once I present how devastating the suffering exist and the cause my jurors will hopefully agree.

FROM: Sandra Black
1408 S. Maple St Apt 102
Marion, IN 46953

TO: Court CLERK
Attn: Complaint Submission
US District Court Clerk
Northern Indiana District
1300 S. Harrison St
Ft. Wayne, IN 46802

Lawsuit

SECURITY SCREENED

PRIORITY MAIL

$7.35
U.S. POSTAGE PAID
PM 2-Day
MARION, IN 46952
MAY 17, 19
AMOUNT
R2304M111590-03

EXPECTED DELIVERY DAY: 05/20/19
USPS TRACKING NUMBER
9505 5115 9167 9137 2538 28