AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SANDRA A BLACK also known as
Sandra Black
        Plaintiff
    v.                        **Civil Action No. 1:19-CV-222-WCL**

NAOMI FRIEDRICHSEN,
ERIKA HOLIDAY (Liddick),
HUNTERS RUN APARTMENT AND OWNERS,
INTERSTATE REALITY MANAGEMENT CO, and
MORRIS KELSAY
        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:   This case is DISMISSED FOR LACK OF SUBJECT-MATTER JURISDICTION.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William C. Lee.

DATE:  May 24, 2019                    ROBERT N. TRGOVICH, CLERK OF COURT

                                              by  s/L. Steinke
                                                *Signature of Clerk or Deputy Clerk*